IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ENDI MUNOZ-CHAVEZ,

    Applicant,

v.                                                                        Civ. 15-281 KG/GBW
                                                                       Cr. 14-660 KG

UNITED STATES OF AMERICA,

    Respondent.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter comes before the Court on Applicant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody. *Doc. 1*. Applicant argues that he suffered ineffective assistance of counsel because counsel failed to (1) file a timely notice of appeal despite instructions as directed by Applicant; (2) object to the 16 offense level enhancement; and (3) induced Applicant to plead guilty with a promise of a sentence of no more than 16 months. *Id* at 4-5.

The Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD) on July 22, 2015. *Doc. 10*. He recommended dismissing the first and second claims because Applicant knowingly and voluntarily entered into a plea agreement in which he waived his right to collaterally attack counsel's alleged failure to file a notice of appeal and deficient performance at sentencing. *Doc. 10* at 5-7. For the third and final claim, the Magistrate Judge found that Applicant's allegation that counsel induced him to plead guilty by promising a maximum sentence of 16 months, *doc. 1* at 5, was undermined by the record. *Doc. 10* at 7-10. The Magistrate Judge explained that Applicant's self-serving allegations were insufficient to overcome "the explicit terms of the plea agreement and the extensive plea colloquy," which

1

made it "clear that Petitioner, prior to entering his plea, understood he had no guarantee of any particular sentence – let alone a sixteen-month sentence." *Id.* at 10 (citing *United States v. Estrada*, 849 F.3d 1304, 1306 (10th Cir. 1988) ("A defendant's statements at a plea hearing should be regarded as conclusive . . . in the absence of a believable, valid reason justifying departure from the apparent truth of those statements.")).

    Applicant has filed no objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

    Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition, *doc. 10*, is ADOPTED. Applicant's claims regarding counsel's failures are DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE